## 37773. YOUNG v. CONLEY et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED DECEMBER 3, 1981.

*John A. Allen,* for appellant.
*W. Norman Robinson, James Macie,* for appellees.